UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-mj-1189-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) <u>CRIMINAL INFORMATION</u> |
| | ) |
| TIMOTHY ANDRE WHITE | ) |

The United States Attorney charges that:

<u>Count One</u>

On or about May 16, 2021, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, TIMOTHY ANDRE WHITE, did knowingly, intentionally, and unlawfully possess an amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844.

<u>Count Two</u>

On or about May 16, 2021, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, TIMOTHY ANDRE WHITE, did knowingly, willfully, and unlawfully use or possess, with intent to use, drug paraphernalia for the purpose of ingesting or inhaling into the body marijuana, in violation of North Carolina General Statute, Section 90-113.22A, as assimilated by Title

18, United States Code, Section 13.

G. NORMAN ACKER, III
Acting United States Attorney

By: _____
MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division